IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE FOR THE REGISTERED HOLDERS OF CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES OF COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007- C4, | ) ) ) ) ) ) ) | |
| Plaintiff, | ) | Case No.: 08-0641 |
| v. | ) ) ) | |
| CRANBERRY HILL APARTMENTS, LLC, | ) ) ) | |
| Defendant. | ) | |

## ORDER

AND NOW this 17th day of June, 2008, upon consideration of plaintiff's motion for entry of default judgment [doc. no. 14], the affidavit filed in support thereof, and the Clerk of Court's entry of default against defendant Cranberry Hill Apartments, LLC on June 12, 2008, IT IS HEREBY ORDERED that judgment is entered against Cranberry Hill Apartments, LLC, in favor of plaintiff in the amount of $3,665,113.04 through April 16, 2008, plus interest from and after April 17, 2008 at the rate of 9.66% per annum, fees and expenses, including attorneys' fees, due thereafter pursuant to Federal Rule of Civil Procedure 55(b)(1).

BY THE COURT:

/s/ Jh Lancasti

#2086166-v1