IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

WELLS FARGO BANK, N.A., AS TRUSTEE
FOR THE REGISTERED HOLDERS OF
CREDIT SUISSE FIRST BOSTON MORTGAGE    Case No.: 08cv00641
SECURITIES OF COMMERCIAL MORTGAGE
PASS-THROUGH CERTIFICATES,
SERIES 2007- C4,

      Plaintiff,

v.

CRANBERRY HILL APARTMENTS, LLC,

      Defendant

## ORDER TERMINATING RECEIVERSHIP

AND NOW, this __11th__ day of January, 2010, upon consideration of the Consented Motion for Order Terminating Receivership (the "Motion"), it is hereby ORDERED as follows:

1.    The Motion is GRANTED in all respects.

2.    Subject to Paragraph 3 below, this Court's June 17, 2008 Order for Appointment of a Receiver ("Order") is terminated and Compass Advisory Partners, LLC ("Compass") is discharged and relieved of all obligations under the Order and as receiver over the properties located at 101-135 West Water Street, Slippery Rock, PA 16057 and 1200 Dutilh Roads (Units 13-24).

3.    Compass shall file a final accounting and receiver's report with this Court within __60__ days from the date hereof.

BY THE COURT:

_/s/_